IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 4:24CR 172 |
| v. | § | Judge |
| | § | ALM / AGD |
| TERRANCE L. ANDERSON | § | |

**INDICTMENT**

**FILED**

The United States Grand Jury charges:

AUG 1 5 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

<u>**Count One**</u>

<u>Violation</u>: 18 U.S.C. § 922(g)(1)
(Possession of Firearm by a Felon)

On or about April 14, 2024, in Grayson County, Texas, in the Eastern District of Texas, **Terrance L. Anderson**, defendant, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce the following firearm: a Taurus, model PT-738, .380 ACP caliber pistol bearing serial number 85819D, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses alleged in this indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. §§ 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the offense, including but not limited to the following:

1. a Taurus, model PT-738, .380 ACP caliber pistol bearing serial number 85819D.

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____
MAUREEN SMITH
Assistant United States Attorney

DATE: 8/15/24

UNITED STATES OF AMERICA §
§
§   NO. 4:24CR
v. §   Judge
§
§
TERRANCE L. ANDERSON §

## **NOTICE OF PENALTY**

### **Count One**

Violation:    18 U.S.C. § 922(g)(1)

Penalty:    Imprisonment for a term of not more than 15 years, a fine not to exceed $250,000; supervised release for a term of not more than 3 years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of at least 3 years but not more than 5 years.

Special Assessment: $100.00